A99A2502. PAUL v. THE STATE.
(544 SE2d 164)

MIKELL, Judge.

In *Paul v. State*, 240 Ga. App. 699 (524 SE2d 549) (1999), we affirmed Larry Marion Paul's conviction of aggravated assault with a deadly weapon and possession of a knife during the commission of certain crimes. On certiorari, the Supreme Court reversed Paul's conviction and granted him a new trial, holding that the trial judge expressed an opinion of Paul's guilt in violation of OCGA § 17-8-57. *Paul v. State*, 272 Ga. 845 (537 SE2d 58) (2000). The Supreme Court held that even though Paul waived the error because he failed to object or move for a mistrial, the plain error rule applied, and the trial judge's OCGA § 17-8-57 violation seriously affected the fairness of the trial. Accordingly, our prior opinion is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Johnson, C. J., and Phipps, J., concur.*

DECIDED NOVEMBER 22, 2000.

*Mark J. Kadish*, for appellant.
*Daniel J. Craig, District Attorney, Charles R. Sheppard, Assistant District Attorney*, for appellee.